UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

FILED 2008 AUG -4 AM 9:55

Magistrate Case No. 08 MJ 2393

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| Plaintiff, | ) |
| v. | ) COMPLAINT FOR VIOLATION OF |
| **Victor SALAS-Torres,** | ) Title 8, U.S.C., Section 1326 |
| | ) Attempted Entry After |
| Defendant. | ) Deportation |

The undersigned complainant being duly sworn states:

On or about **August 3, 2008**, within the Southern District of California, defendant **Victor SALAS-Torres**, an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, attempted to enter the United States with the purpose; i.e. conscious desire, to enter the United States at the **San Ysidro, California, Port of Entry**, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

SIGNATURE OF COMPLAINANT
Alfredo Loperena, Enforcement Officer
U.S. Customs and Border Protection

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE THIS **4th** DAY OF **AUGUST, 2008.**

UNITED STATES MAGISTRATE JUDGE



# PROBABLE CAUSE STATEMENT

On August 3, 2008, at approximately 4:00 AM, **Victor SALAS-Torres (Defendant)**, applied for admission into the United States from Mexico through the San Ysidro, California, Port of Entry pedestrian lanes. Defendant presented a Department of Justice, Federal Bureau of Prisons Inmate Identification Card bearing his name and likeness and stated, to a U.S. Customs and Border Protection (CBP) Officer that he was born in the United States. Defendant also stated he was going to Rialto, California. Defendant was asked if he had a United States Passport and he replied he had lost it. The CBP Officer suspected Defendant had falsely represented himself as a citizen of the United States of America and escorted Defendant to the secondary area for further inspection.

In secondary, Defendant was queried by fingerprint submission through the Integrated Automated Fingerprint Identification System (IAFIS). IAFIS returned a match to the query revealing Defendant's identity and linking him to FBI and Immigration records.

Queries through the Central Index System (CIS) and the Deportable Alien Control System (DACS) identify Defendant as a citizen of Mexico without legal rights or documents to enter the United States. DACS records indicate Defendant was ordered removed from the United States by an Immigration Judge on or about March 13, 2003 and was physically removed from the United States to Mexico through Otay Mesa, California. DACS records also indicate Defendant has been removed from the United States on several occasions. Immigration records contain no evidence that Defendant has applied for, or received permission from the Attorney General or the Secretary of Homeland Security to legally re-enter the United States.