| | |
|---|---|
| 1 | KAREN P. HEWITT<br>United States Attorney |
| 2 | SABRINA L. FEVE<br>Assistant United States Attorney |
| 3 | California State Bar No. 226590<br>United States Attorney's Office |
| 4 | 880 Front Street, Room 6293<br>San Diego, California 92101-8893 |
| 5 | 619 557-7854 (Telephone)/619 235-2757 (Fax)<br>E-mail: Sabrina.Feve@usdoj.gov |
| 6 | |
| 7 | Attorneys for Plaintiff<br>United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR2857-JLS |
| Plaintiff, | ) | |
| | ) | NOTICE OF APPEARANCE |
| v. | ) | |
| VICTOR SALAS-TORRES, | ) | |
| Defendant. | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

Name:

None.

//

//

//

1  Effective this date, the following attorneys are no longer associated with this case and should not
2  receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S.
3  Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):
4      Name:
5          None.
6      Please feel free to call me if you have any questions about this notice.
7      DATED: September 4, 2008.
8                                        KAREN P. HEWITT
                                      United States Attorney
11                                       s/Sabrina L. Fève
                                      SABRINA L. FEVE
                                      Assistant United States Attorney

|   |   |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | SOUTHERN DISTRICT OF CALIFORNIA |

| | | |
|---|---|---|
| 3 | UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR2857-JLS |
| 4 | Plaintiff, ) | |
| | ) | CERTIFICATE OF SERVICE |
| 5 | v. ) | |
| 6 | VICTOR SALAS-TORRES, ) | |
| 7 | Defendant. ) | |

9  IT IS HEREBY CERTIFIED THAT:

10       I, Sabrina L. Fève, am a citizen of the United States and am at least eighteen years of age. My

11  business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

12       I am not a party to the above-entitled action. I have caused service of the Notice of Appearance

13  as lead counsel for the United States, dated September 4, 2008, and this Certificate of Service, dated

14  September 4, 2008, on the following party or parties by electronically filing the foregoing with the Clerk

15  of the U.S. District Court for the Southern District of California using its ECF System, which

16  electronically notifies:

17       Donald Nunn, Attorney for the Defendant.

18       I declare under penalty of perjury that the foregoing is true and correct.

19       EXECUTED on September 4, 2008.

21                                    s/Sabrina L. Fève
                                      SABRINA L. FEVE
                                      Assistant U.S. Attorney

Certificate of Service
United States v. Salas-Torres                                                    08CR2857-JLS

3